RECEIVED

AUG - 1 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| YOLANDA WAGNER o/b/o J.D.W. | CIVIL ACTION NO. 07-1026 |
|---|---|
| VS. | JUDGE DOHERTY |
| COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for a Supplemental Report and Recommendation. No objections have been filed. This Court concludes that the Findings and Recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is **AFFIRMED.**

Lafayette, Louisiana this 1 day of August, 2008.

REBECCA F. DOHERTY
UNITED STATES DISTRICT COURT